1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10
11

JANICE ELAINE MOSELEY,           ) Case No. ED CV 13-0282 JCG
                                 )
12           Plaintiff,          )
                                 )
13       v.                      ) **JUDGMENT**
                                 )
14   CAROLYN W. COLVIN, ACTING    )
     COMMISSIONER OF SOCIAL       )
15   SECURITY ADMINISTRATION,     )
                                 )
16           Defendant.          )
                                 )
17   _____ )

18
19        IT IS ADJUDGED that the decision of the Commissioner of the Social

20   Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to

21   sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent

22   with the Court's Memorandum Opinion and Order filed contemporaneously with the

23   filing of this Judgment.

24
25   Dated: November 12, 2013

26                          _____

27                               Hon. Jay C. Gandhi
                                 United States Magistrate Jud
28